RECEIVED
JUN 0 9 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:20-cr-66 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CALE SALTER, | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| Defendant. | ) | T. 21 U.S.C. § 846 |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Conspiracy to Distribute a Controlled Substance)

From a date unknown, but by at least January 1, 2018, and continuing until February 27, 2019, in the Southern District of Iowa, the defendant, CALE SALTER, conspired, with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute, distribute, and manufacture a controlled substance, namely: 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

This is a violation of Title 21, United States Code, Section 846.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _Andrea L. Glasgow_ (signature)
Andrea L. Glasgow
Assistant United States Attorney